699 A.2d 727

Daniel E. SHOPE and Shonna L. Shope, his wife, Petitioners,

v.

Perry A. EAGLE, M.D. and New York Hospital, Respondents.

Supreme Court of Pennsylvania.

Sept. 3, 1997.

## *ORDER*

PER CURIAM:

AND NOW, this 3rd day of September, 1997, the Petition for Allowance of Appeal is **GRANTED**, but **LIMITED** to the following issues:

1. Whether prejudice to a defendant needs to be demonstrated to justify termination of a case pursuant to Pa.R.J.A. 1901 and York County Rule 6035, and if so, whether the requisite prejudice has been established in this case?

2. Whether a case may be terminated pursuant to Pa. R.J.A.1901 and York County Rule 6035 if delay is attributable to a defendant, and if not, whether Respondents' conduct precludes termination in this case?